IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HUGHES | : | CIVIL ACTION |
| | : | NO. 12-0276 |
| v | : | |
| | : | |
| SUPERINTENDENT MICHAEL | : | |
| HARTMAN  AND | : | |
| THE DISTRICT ATTORNEY OF | : | |
| DELAWARE COUNTY | : | |

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 9 day of Oct, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and objections thereto it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.